### COLLECTORS UNIVERSE, INC., Plaintiff–Appellee.

Professional Coin Grading Service, Counterclaim, Defendant–Appellee

v.

Duane C. BLAKE, Defendant–Appellant.

No. 2015–1296.

United States Court of Appeals, Federal Circuit.

March 11, 2016.

Michael L. Meeks, Buchalter Nemer, PC, Irvine, CA, argued for plaintiff-appellee and counterclaim defendant-appellee. Also represented by Robert M. Dato.

Matthew Carmine Phillips, Renaissance IP Law Group LLP, Portland, OR, argued for defendant-appellant. Also represented by Duane C. Blake, Blake Legal Advisors, Westwood, MA.

LOURIE, BRYSON, and DYK, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* Fed. Cir. R. 36.